# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br>    Plaintiff,<br><br>        v.<br><br>BROTHER'S AUTO REPAIR,<br>INC., et al.,<br>    Defendants. | CV 19-5194 DSF (JEMx)<br><br>Judgment |

The Court having granted Plaintiff Antonio Fernandez's Application for Default Judgment by Court against Defendant Brother's Auto Repair, Inc.

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages against Brother's Auto Repair, Inc. Plaintiff is also awarded his attorneys' fees and costs in the amount of $5,277.50.

Additionally, Defendant Brother's Auto Repair, Inc. is ordered to provide an accessible path of travel leading to the restroom and

accessible restroom facilities at its auto repair shop at 8914 Beverly Blvd., Pico Rivera, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: February 10, 2020

_____
Dale S. Fischer
United States District Judge